## WALKER *v.* WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 81, September Term, 1965.]

*Decided December 20, 1965.*

Before PRESCOTT, C. J., and HAMMOND, MARBURY, BARNES and McWILLIAMS, JJ.

PER CURIAM.

For the reasons set forth in the opinion of Judge Harris in the lower court, the application for leave to appeal is denied.

*Application denied.*